UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, by and through his next friends, )
Jane Doe and Richard Doe, )
          Plaintiff, )
           )    No. 1:20-cv-341
-v- )
           )    Honorable Paul L. Maloney
HOLT PUBLIC SCHOOLS, )
          Defendant. )
           )

## JUDGMENT

The Court has approved the settlement, which resolves all pending claims. As required by Rule 58, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 9, 2021                                                    /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge